UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| CHARLES HOGANS | CIVIL ACTION NO. 04-1286-A |
|---|---|
| -vs- | JUDGE DRELL |
| LOUISIANA DEPARTMENT OF CORRECTIONS, et al. | MAGISTRATE JUDGE KIRK |

## RULING

This suit involves certain medical decisions made, according to the petition, by medical personnel at Louisiana State University Health Services Center after plaintiff made several medical complaints while incarcerated at the Department of Corrections' Forcht-Wade treatment unit in Caddo Parish. As nearly as can be determined from the petition, plaintiff's claims are factually medical malpractice claims, though he couches them as alleged violations of civil rights.

Defendants have filed a motion to dismiss for failure to state a claim upon which relief can be granted in THIS court. We note that the motion is unopposed. Under these circumstances, it is well taken. The complaint does fail to state a claim cognizable in a federal court, and the Court must dismiss this claim. The

dismissal will be without prejudice to any claims which plaintiff has made or may make in state court.

SIGNED on this 21st day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge